UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

THOMAS WILLIAMS,

          Plaintiff,

-vs-                                          Case No. 5:12-cv-290-OC-18PRL

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's appeal of an administrative decision denying his application for disability insurance benefits. The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 23) and there being no objections filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED**. The decision of the Commissioner is **AFFIRMED** pursant to sentence four of 42 U.S.C. § 405(g). Clerk of the Court is directed to issue a judgment consistent with this Order and **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this _____ day of July, 2013.

                                                    G. KENDALL SHARP
                                                  Senior United States District Judge

Copies to:
Counsel of Record